```
                                              RECEIVED
                                           07 JUL 24 PM 12:42
                                           RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA
```

1  ERIK G. BABCOCK, Bar No. 172517
   1212 Broadway, Suite 726
2  Oakland, CA 94612-3423
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax

4  Attorney for ANNA WONG,
   Submitted On Behalf of Both
5  ANNA WONG and JIMMY QUAN

6

7          IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    ) No. CR 04-0323 WBS (JS)
                                )
10          Plaintiff,           ) STIPULATION AND [PROPOSED]
                                ) ORDER RE: TRAVEL
11  v.                           )
                                )
12  ANNA WONG,                   )
                                )
13          Defendants.          )

14      IT IS HEREBY STIPULATED between the parties, by and through
15  their respective counsel, with the concurrence of Pretrial
16  Services, that defendant ANNA WONG may travel to Montreal, Canada
17  in order to help her daughter get set up to attend McGill
18  University. Mrs. Wong has permission to travel to Boston,
19  Massachusetts, and from there to Montreal. She can leave on
20  August 21, 2007 and shall return to this district by August 28,
21  2007. The Clerk's Office shall return her passport to her so that
22  she may travel. Mrs. Wong shall return her passport to the Clerk's
23  Office within 2 court days of her return. Defendant shall provide
24  an itinerary and all necessary contact information to Pretrial
25  Services in advance of her travel.

26      SO STIPULATED.

27  July 19, 2007                    /s/ Susan Badger
    Date                             SUSAN BADGER
28                                   Assistant United States Attorney

STIPULATED TRAVEL ORDER

```
 1
 2
 3   7-19-07                              _____
 4   Date                                 ERIK G. BABCOCK
                                          Attorney for Defendant ANNA WONG
 5
 6
                SO ORDERED.
 7
     7/25/07                              _____
 8   Date                                 JOSEPH C. SPERO
                                          United States Magistrate Judge
 9
10
```